JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSEN MANSON, | Case No. CV 16-1422-PSG (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| THE PEOPLE, | |
| Respondent. | |

Pursuant to the Memorandum and Order Summarily Dismissing First Amended Petition,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed without prejudice.

Dated: May 19, 2016

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE